

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00209-CR

**EX PARTE** Quincy **HARRISON**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-4194
Honorable Joey Contreras, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 5, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

Keith E. Hottle, Clerk of Court